# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.: 3:11-CR-285-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| XAVIER TWANNE HARDIN | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To File Under Seal" (Document No. 58) filed June 18, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum and exhibits contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To File Under Seal" (Document No. 58) is **GRANTED**, and Defendant's "Sentencing Memorandum" (Document No. 59) is sealed until further Order of this Court.

Signed: June 18, 2018

_____
David C. Keesler
United States Magistrate Judge